# EXHIBIT A

A~~████████~~ Roman (MR # 1 ~~J341/9~~) DOB: ~~████████~~

## Patient Information

| Patient Name | MRN | Sex | DOB |
|---|---|---|---|
| Roman A~~████~~ | 103334179 | Male | ~~████████~~ |

## Operative Report signed by John J Vaccaro, MD at 4/25/2018 15:03

| | | |
|---|---|---|
| Author: John J Vaccaro, MD | Service: (none) | Author Type: Physician |
| Filed: 4/25/2018 15:03 | Date of Service: 4/23/2018 0:00 | Status: Signed |
| Editor: John J Vaccaro, MD (Physician) | | Trans ID: H1593044 |
| Dictation Time:   Trans Time: | Trans Doc Type:   Trans Status: Available | |
| 4/24/2018 21:42  4/25/2018 7:57 | Operative | |
| | Report | |

SURGEON:  John J. Vaccaro, MD
 DATE:  04/23/2018

OPERATION:  Left Upper Extremity:  Neuroplasty with nerve wrapping.

ANESTHESIA:  General
   4X loupe magnification
   NerveProtector D = 5 mm.; L = 40 mm.; Lot: LB969304

PRE-OP DX:  Complex open fracture of the left upper extremity with associated ulnar nerve injury and multiple trauma.

POST-OP DX:  Left Upper Extremity:  Complex fracture of the left olecranon with disruption of the ulnar nerve.

HISTORY:  This patient is a 31-year-old male who was not initially evaluated by me.  He was immediately taken to the Hackensack University Medical Center, to the operating room for an acute open communuted fracture of the left upper extremity.  The
patient's record reveals that he is 31 years old, was riding a Vespa on a highway and hit a large pothole that caused him to crash.  The patient had a loss of consciousness, but was wearing a helmet at the time and he was immediately evaluated by the trauma service.  Evaluation by the trauma service revealed a complex olecranon fracture that was open; as well as a nondisplaced proximal humeral fracture.  A consultation was called with orthopedics, Dr. Keller.

PHYSICAL EXAMINATION:  Initial exam revealed a well-developed, well-nourished male who was awake and alert.  Head, ears, eyes, nose, neck, and oral cavity:
 The neck C-spine was nontender, and was cleared for surgery.  He had a laceration involving the anterior mental area and lacerations involving the frenulum of the upper lip (these were not addressed by me).  Examination of the chest, heart, lungs and abdomen have been carried out in great detail by Trauma.
 Chest, heart, lungs, and abdomen had been carried out by the trauma service. Examination
of the patient's left upper extremity revealed that he had a large stellate laceration with

A▆▆▆▆▆ Roman (MR # ▆▆334179) DOB: ▆▆▆▆▆▆

exposed bone and muscle. All during this time, I was not made aware to evaluate the motor function
or sensory function of his hand, wrist and forearm. He was immediately taken
to the operating room where Dr. Julie Keller addressed the olecranon fracture
and noted there was a disruption of the ulnar nerve and a hand consultation
was requested and I responded in the operating room with the patient under
general anesthesia.
After exploring the wound and pulse irrigation of the wound, the ulnar nerve
was noted to be frayed, but not completely transected. It was
frayed in such a way with approximately an 8 mm area of fraying, but there was
 no gap. With this in mind and after again pulse irrigating the area there was soft tissue
swelling. It was elected to place a nerve wrapping over the frayed area. With the placement of the
 nerve protector, this was done carefully and meticulously not to go and
violate the unaffected proximal and distal ends of the ulnar nerve. This was placed
 and held in place with 5-0 nylon. Once this was completed, Dr. Keller
returned to the operative site and addressed the musculature and the soft
tissue closure.


CC: John J. Vaccaro, MD

Electronically signed by John J Vaccaro, MD at 4/25/2018 15:03

Revision History ⩗

## Media
Electronic signature on 4/23/2018 18:59
Electronic signature on 4/23/2018 18:59

## Activity Date

Activity Date
**Apr 23, 2018**

## Routing History ⩗

# EXHIBIT B

JC⌒N J. VACCARO, M.D., P.A., F.⌒C.S.

Diplomate American Board of Plastic Surgery
Fellow of the American College of Surgeons



Member
American Society for
Aesthetic Plastic Surgery, Inc.

Member
AMERICAN SOCIETY OF
PLASTIC SURGEONS

## ASSIGNMENT OF BENEFITS
## &
## LTD. POWER OF ATTORNEY

I irrevocably assign to you, my medical provider, all of my rights and benefits under my insurance contract and/or any employee welfare benefit plan for payment for services rendered to me, including but not limited to all of my rights under "ERISA" applicable to the medical services at issue. I authorize you to file insurance claims on my behalf for services rendered to me and this specifically includes filing arbitration/litigation in your name on my behalf against the PIP carrier/health care carrier. I irrevocably authorize you to retain an attorney of your choice on my behalf for collection of your bills. I direct that all reimbursable medical payments go directly to you, my medical provider. I authorize and consent to your acting on my behalf in this regard and in regard to my general health insurance coverage and I specifically authorize you to pursue any administrative appeals conducted pursuant to "ERISA".

In the event the insurance carrier responsible for making medical payments in this matter does not accept my assignment, or my assignment is challenged or deemed invalid, I execute this **limited/special power of attorney** and appoint and authorize your collection attorney as my agent and attorney to collect payment for your medical services directly against the carrier in this case, in my name, including filing arbitration demand or lawsuit. I specifically authorize that attorney to file directly against that carrier in my name or in your name as a medical provider rendering services to me and designate your collection attorney as my attorney in fact. I further grant limited power of attorney to you as my medical provider to receive and collect directly from the insurance carrier money due you for services rendered to me in this matter, and hereby instruct the insurance carrier to pay you directly any monies due you for medical services you rendered me. **I authorize you and or your attorney to receive from my insurer, immediately upon verbal request, all information regarding last payment made by said insurer on my claim, including date of payment and balance of benefits remaining.**

I authorize you and or your attorney to obtain medical information regarding my physical condition from any other health care provider, including hospitals, diagnostic centers, etc., and I specifically authorize such health care provider(s) to release all such information to you about me, including medical reports, X-ray reports, and any other report or information regarding my physical condition.

Dated: 04 / 30 / 2018

Patient's Signature

# EXHIBIT C



Oxford Health
P O Box 29130

Hot Springs          AR   71903

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

|  |  |
|---|---|
| **PICA** | **PICA** |

**1. MEDICARE** (Medicare#) ☐   **MEDICAID** (Medicaid#) ☐   **TRICARE** (ID#/DoD#) ☐   **CHAMPVA** (Member ID#) ☐   **GROUP HEALTH PLAN** (ID#) ☐   **FECA BLK LUNG** (ID#) ☐   **OTHER** (ID#) ☐

**1a. INSURED'S I.D. NUMBER** (For Program in Item 1)
1347513901

**2. PATIENT'S NAME** (Last Name, First Name, Middle Initial)
A█████y, Roman

**3. PATIENT'S BIRTH DATE**  MM  DD  YY   **SEX**  M ☒  F ☐

**4. INSURED'S NAME** (Last Name, First Name, Middle Initial)
A█████, Roman

**5. PATIENT'S ADDRESS** (No., Street)
██████████████

**6. PATIENT RELATIONSHIP TO INSURED**
Self ☒   Spouse ☐   Child ☐   Other ☐

**7. INSURED'S ADDRESS** (No., Street)
████████████

**CITY** ██████████   **STATE** NY

**8. RESERVED FOR NUCC USE**

**CITY** █████   **STATE** NY

**ZIP CODE** ██████   **TELEPHONE** (Include Area Code) █████████

**ZIP CODE** ██████   **TELEPHONE** (Include Area Code) ████████

**9. OTHER INSURED'S NAME** (Last Name, First Name, Middle Initial)

**10. IS PATIENT'S CONDITION RELATED TO:**

**11. INSURED'S POLICY GROUP OR FECA NUMBER**
MS33861

**a. OTHER INSURED'S POLICY OR GROUP NUMBER**

**a. EMPLOYMENT?** (Current or Previous)   YES ☐  NO ☒

**a. INSURED'S DATE OF BIRTH**  MM 04  DD 26  YY 86   **SEX**  M ☒  F ☐

**b. RESERVED FOR NUCC USE**

**b. AUTO ACCIDENT?**   YES ☐  NO ☒   **PLACE (State)**

**b. OTHER CLAIM ID** (Designated by NUCC)

**c. RESERVED FOR NUCC USE**

**c. OTHER ACCIDENT?**   YES ☐  NO ☒

**c. INSURANCE PLAN NAME OR PROGRAM NAME**
Oxford Health

**d. INSURANCE PLAN NAME OR PROGRAM NAME**

**10d. CLAIM CODES** (Designated by NUCC)

**d. IS THERE ANOTHER HEALTH BENEFIT PLAN?**
YES ☐  NO ☒   If yes, complete items 9, 9a, and 9d.

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**

**12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  Signature On File          DATE 06 11 19

**13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  Signature On File

**14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)**  MM  DD  YY   QUAL.

**15. OTHER DATE**  QUAL.  MM  DD  YY

**16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION**  FROM  MM DD YY   TO  MM DD YY

**17. NAME OF REFERRING PROVIDER OR OTHER SOURCE**
17a.
17b. NPI

**18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES**  FROM  MM 04  DD 23  YY 18   TO  MM 04  DD 25  YY 18

**19. ADDITIONAL CLAIM INFORMATION** (Designated by NUCC)

**20. OUTSIDE LAB?**   YES ☐  NO ☒   **$ CHARGES**  0 00

**21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY**  Relate A-L to service line below (24E)   **ICD Ind.** 0

A. S44 02XA   B. ___   C. ___   D. ___
E. ___   F. ___   G. ___   H. ___
I. ___   J. ___   K. ___   L. ___

**22. RESUBMISSION CODE**   ORIGINAL REF. NO.

**23. PRIOR AUTHORIZATION NUMBER**

**24. A. DATE(S) OF SERVICE** / **B. PLACE OF SERVICE** / **C. EMG** / **D. PROCEDURES, SERVICES, OR SUPPLIES** / **E. DIAGNOSIS POINTER** / **F. $ CHARGES** / **G. DAYS OR UNITS** / **H. EPSDT Family Plan** / **I. ID. QUAL.** / **J. RENDERING PROVIDER ID. #**

| From MM | DD | YY | To MM | DD | YY | B. | C. | CPT/HCPCS | MODIFIER | E. | $ CHARGES | G. | H. | I. | J. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 04 | 23 | 18 | 04 | 23 | 18 | 21 |  | 64718 |  | A | 14225 00 | 1 |  | NPI | 1861463267 |
| 2 |  |  |  |  |  |  |  |  |  |  |  |  |  |  | NPI |  |
| 3 |  |  |  |  |  |  |  |  |  |  |  |  |  |  | NPI |  |
| 4 |  |  |  |  |  |  |  |  |  |  |  |  |  |  | NPI |  |
| 5 |  |  |  |  |  |  |  |  |  |  |  |  |  |  | NPI |  |
| 6 |  |  |  |  |  |  |  |  |  |  |  |  |  |  | NPI |  |

**25. FEDERAL TAX I.D. NUMBER**  22 2550670   SSN ☐ EIN ☒

**26. PATIENT'S ACCOUNT NO.**  2814

**27. ACCEPT ASSIGNMENT?** (For govt. claims, see back)  YES ☒  NO ☐

**28. TOTAL CHARGE**  $ 14225 00

**29. AMOUNT PAID**  $ 6000 00

**30. Rsvd for NUCC Use**  8225 00

**31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS** (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

John J Vaccaro  M D          06 11 19
a. 1609862036

**32. SERVICE FACILITY LOCATION INFORMATION**
Hackensack University Medical Center
30 Prospect Avenue
Hackensack  NJ 07601 1914
a. 1730372665

**33. BILLING PROVIDER INFO & PH #**  ( 732 914 2100
John J Vaccaro M D  P A
202 Route 37  West Suite 1
Toms River  NJ 08755 8055
a. 1730372665

# EXHIBIT D

Oxford Health Plans NY Inc
UnitedHealthcare - Oxford
4 Research Drive
Shelton CT 06484
Phone: 1-800-666-1353

STD - PRA





# PROVIDER
# REMITTANCE ADVICE

| | |
|---|---|
| CHECK DATE: | 10/22/18 |
| TIN: | 222550670 |
| VENDOR NAME: | JOHN J VACCARO MD PA |
| CHECK NUMBER: | 16522853 |
| CHECK AMOUNT: | $6,000.00 |
| VENDOR ID: | DO4937-P933245 |

JOHN J VACCARO MD PA
PO BOX 249
HASBROUCK HEIGHTS NJ 07604

**PATIENT: ROMAN A**

| MEMBER ID: | 13475189*01 | | PATIENT ACCT NUM: | 2814 | | | | | | CLAIM NUMBER: | 8122E28099.02 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PROVIDER ID: | P933245 | | | | | | | | | PROVIDER NAME: | VACCARO, JOHN |

| DATE(S) OF SERVICE | DESCRIPTION OF SERVICE | QTY | BILLED AMT | MAXIMUM AMOUNT | DEDUCTIBLE AMT | COPAY/COINS AMT | COB AMT | WITHHOLD AMT | PAYMENT AMT | PATIENT RESP AMT | ADJ CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/23/18 | REVISE ULNAR NERVE AT ELBOW (64718) | 1 | $14,225.00 | $6,000.00 | | | $0.00 | $0.00 | $6,000.00 | $0.00 | A31P |
| | CLAIM 8122E28099.02 SUBTOTAL | | $14,225.00 | $6,000.00 | | | $0.00 | $0.00 | $6,000.00 | $0.00 | |
| | | | | | | TOTAL PAYABLE TO PROVIDER | | | $6,000.00 | | |

Adjustment Code Description

A31P     The maximum amount allowed for this primary procedure has not been reduced based on the multiple procedures policy.

## For the above claims please visit www.oxhp.com

# EXHIBIT E

| | |
|---|---|
| **HACKENSACK UNIVERSITY MEDICAL CENTER**<br>**TRANSCRIBED REPORT** | **MEDICAL RECORD #:** 100086095<br>**BILLING #:** 2002435778<br>**PATIENT NAME:** A████, ANAUM<br>**AGE:** 2<br>**ADMIT DATE:** 01/15/2017<br>**DISCHARGE DATE:** 01/15/2017<br>**UNIT:**                    **ROOM:** PE3401<br>**SVC: PER**<br>**PT STS: E** |

---

**Operative Report signed by John J Vaccaro, MD at 1/17/2017 14:39**

| | | |
|---|---|---|
| Author:  John J Vaccaro, MD | Service:  (none) | Author Type:  Physician |
| Filed:  1/17/2017 14:39 | Date of Service:  1/15/2017 18:41 | Note Type:  Operative Report |
| Status:  Signed | Editor:  John J Vaccaro, MD (Physician) | |
| Trans ID:  H529582 | Trans Status:  Available | Dictation Time: 1/16/2017 18:05 |
| Trans Time:  1/16/2017 23:25 | Trans Doc Type:  Operative Report | |

ASSISTANT:
ANESTHESIOLOGIST:
DATE: 01/15/2017
OPERATION:
1. Frontal Area:  Exploration and debridement of jagged vertically-based
avulsion-disruption of the frontal area.  There was repair and reconstruction
of the frontalis muscle.  There was plastic surgical repair and reconstruction
of the dermis and its integument with adjacent tissue (2.5 cm).
2. Left Infraorbital Area:  Exploration and debridement of second-degree
abrasion of the left infraorbital area (3 cm) with topical dressing (no
benefits of suturing).

ANESTHESIA:
    1% lidocaine with 1:100,000 dilution of epinephrine block
    4X loupe magnification
    The patient was monitored.

PRE-OP DX:  Facial trauma.

POST-OP DX:
1. Frontal area:  Full-thickness jagged vertically-based oval avulsion-type
disruption of the frontal area (2 cm).  There was complete disruption of the
dermis and its integument.  There was complete disruption of the underlying
frontalis muscle.
2. Left infraorbital area:  Second-degree abrasion of the left infraorbital
area, (3 cm) (no benefit of suturing).

HISTORY:  This patient is a 2-1/2-year-old Middle Eastern female who presents
to us in the accompaniment of her mother and father.  History is obtained that
the patient fell on the outside sidewalk area, resulting in a full-thickness jagged
avulsion-disruption of the frontal area, as well as a deep second-degree
abrasion of the left infraorbital area.  There was no history of any known
loss of consciousness, no nauseousness, no vomiting, no change in mental

CC: John Vaccaro, M.D.

status, no history of any seizures prior to or after the injury. Upon
evaluation on presentation, the patient's mother and father requested and
agreed to a plastic surgical consultation for the involved injury and plastic
surgical treatment for the involved injury. They were fully aware of the
options and they were fully aware of the residual effects from the involved
injury, and the need for follow-up care and the ongoing healing process to
evaluate the final outcome of the surgery.

Past Medical History: The patient has no history of known medical allergies.
No history of medical problems and the patient is up-to-date in
immunizations.

Physical Examination: Reveals a well-developed, well-nourished female, alert,
oriented, acting appropriate for the trauma involved and appearing
neurologically intact. Examination of the head, ears, eyes, nose, neck and
oral cavity: Head is normocephalic. Examination of the frontal area reveals
a vertically based jagged oval full-thickness avulsion-disruption of the soft tissue.
Supraorbital rims reveal no evidence of any crepitus or tenderness. The
globes of the eyes are asymptomatic for complaints. Pupils reactive.
Extraocular movements within normal limits. The infraorbital area on
palpation reveals no evidence of any infraorbital step-off, no infraorbital
anesthesia, and the malar eminences are bilaterally symmetrical on palpation.
Examination of the left infraorbital area does reveal a
second-degree abrasion, but no benefits of suturing. The nasal pyramid
externally reveals no evidence of any soft tissue injuries, no crepitus of the
nasal bones and intranasal examination reveals no evidence of any heme and
the septum is intact. The ears are within normal limits. Temporomandibular
joints reveal no evidence of any trismus and no evidence of any subluxations.
No change in bite and the zygomatic arches are nontender. Maxilla is stable. Maxillary and
mandibular teeth are intact. No evidence of any palatine hematoma.
Examination of the neck is supple. Chest, heart, lungs and abdomen grossly
within normal limits. Neurologically, II-XII of the patient are grossly
within normal limits. The extremities are grossly within normal limits.

After evaluating the patient, it was discussed with the patient's mother and
father at length the nature of the injury; that she will be left with a
residual effects from the involved injury, the quality of which would have to
be evaluated with time. Possibilities of bleeding, infection, hematoma,
possibilities of further surgeries in the future; the options involved, as
well as the need for follow-up care and the ongoing healing process to evaluate
the final outcome of the surgery. They were aware that the surgical procedure would be
carried out utilizing a block anesthesia. The patient's mother and father
were fully aware of the procedure, the risks, the options, the need for
follow-up care. The consent was fully informed consent. They insisted we
Proceed. The procedure took place as follows.

PROCEDURE: The patient was premedicated, brought into the operating area,
placed on the operating table in the supine position with the head elevated
and vital signs noted and monitored to be stable. The entire face and neck
area were washed of all dried blood and the wounds re-evaluated and inspected.

CC: John Vaccaro, M.D.

Operative Report signed by Joh___, ___caro, MD at 1/17/2017 14:39  (continu___, ___

A time-out was called.  The operative sites, as well as the patient identified and all agreed upon.

The patient's face and neck area was sterilely cleaned, prepped and draped in the usual fashion and isolated in a sterile towel field.  There was induction of block anesthesia utilizing 1% lidocaine with 1:100,000 dilution of epinephrine block of the frontal area and the left infraorbital area as a topical anesthetic.  Allowing a 7-10 minute period of time to elapse for both hemostasis and anesthetic effect, the procedure was able to proceed.  The left infraorbital area was debrided of devitalized tissue and foreign bodies within the abrasion, but there was no benefits from any suturing.

My attention then turned to the frontal area.  The wound was irrigated with saline solution and explored for foreign bodies and the wound was then debrided of all dead and devitalized tissue with the micro iris scissors.  The wound edges were revised as necessary with a #15 scalpel blade, followed by the micro iris scissors.  The wound was irrigated.  The skin edges undermined with the #15 scalpel blade, followed by the micro iris scissors.  Hemostasis was obtained with the cautery and the wound copiously irrigated with saline solution.

Reconstruction was begun by identifying and isolating the underlying frontalis muscle, returning it to its normal anatomical position, repairing with interrupted sutures of 6-0 Vicryl evenly spaced along the length of the muscle.  The wound was irrigated with saline solution and layered closure  of the overlying soft tissue performed with multiple interrupted sutures of 6-0 Vicryl in lower dermis and integumental layer, coapting the edges in an edge-to-edge manner.  The wound was again irrigated with saline solution.  Plastic repair of the upper dermis was performed with multiple interrupted sutures of 6-0 Vicryl with buried knots, coapting the edges in an edge-to-edge manner.  The area was irrigated and meticulous plastic repair of the upper dermis and epidermal layer took place, first by placing interrupted sutures of 6-0 Prolene coapting the edges in an edge-to-edge manner, followed by a running suture of 6-0 Prolene.  The area was irrigated and checked for hemostasis.  The wound was then dressed with Xeroform gauze, bacitracin ointment, Steri-Strips and a contoured dressing, including the left infraorbital area.

The patient tolerated the entire procedure well; but immediately postoperatively had an episode of vomiting, which the primary physician was made aware of.  The patient was to be discharged on a short course of antibiotics, analgesics for pain, no aspirin or aspirin products.

Instructions to the parents to keep the dressings dry, clean and intact.  If the dressings come off or gets wet, clean the areas with bacitracin ointment, no crusting or scabbing and a protective dressing.  This included the left infraorbital area and the frontal area. The benefits of a tennis sweatband were discussed.  Neurological head sheet instructions were to be given, and a light diet for today.  Call with any problems.  Call for an office appointment to be seen within the week.  Ice packs off and on for first 48 hours and no showers to the area.  Try to limit activities.

The patient's parents were fully aware of the procedure, the risks, the options, the need for followup care. After an adequate period of time and

CC: John Vaccaro, M.D.

Operative Report signed by John V. Vaccaro, MD at 1/17/2017 14:39 (continued)

observation, the patient was able to be discharged in the accompaniment of her parents for follow-up in our office.

CC:   John Vaccaro, M.D.[JV1.1]

Revision History

| User Key | Date/Time | User | Provider Type | Action |
|---|---|---|---|---|
| > JV1.1 | 1/17/2017 14:39 | John J Vaccaro, MD | Physician | Sign |
| [N/A] | 1/17/2017 10:43 | John J Vaccaro, MD | Physician | Edit |
| [N/A] | 1/16/2017 23:25 | John J Vaccaro, MD | Physician | Edit |

CC: John Vaccaro, M.D.

# EXHIBIT F

 

JOHN J. VACCARO, M.D., P.A.   F.A.C.S.

Diplomate American Board of Plastic Surgery
Fellow of the American College of Surgeons

Member
American Society for
Aesthetic Plastic Surgery, Inc.

Member
AMERICAN SOCIETY OF
PLASTIC SURGEONS

## ASSIGNMENT OF BENEFITS
## &
## LTD. POWER OF ATTORNEY

I irrevocably assign to you, my medical provider, all of my rights and benefits under my insurance contract and/or any employee welfare benefit plan for payment for services rendered to me, including but not limited to all of my rights under "ERISA" applicable to the medical services at issue. I authorize you to file insurance claims on my behalf for services rendered to me and this specifically includes filing arbitration/litigation in your name on my behalf against the PIP carrier/health care carrier. I irrevocably authorize you to retain an attorney of your choice on my behalf for collection of your bills. I direct that all reimbursable medical payments go directly to you, my medical provider. I authorize and consent to your acting on my behalf in this regard and in regard to my general health insurance coverage and I specifically authorize you to pursue any administrative appeals conducted pursuant to "ERISA".

In the event the insurance carrier responsible for making medical payments in this matter does not accept my assignment, or my assignment is challenged or deemed invalid, I execute this **limited/special power of attorney** and appoint and authorize your collection attorney as my agent and attorney to collect payment for your medical services directly against the carrier in this case, in my name, including filing arbitration demand or lawsuit. I specifically authorize that attorney to file directly against that carrier in my name or in your name as a medical provider rendering services to me and designate your collection attorney as my attorney in fact. I further grant limited power of attorney to you as my medical provider to receive and collect directly from the insurance carrier money due you for services rendered to me in this matter, and hereby instruct the insurance carrier to pay you directly any monies due you for medical services you rendered me. **I authorize you and or your attorney to receive from my insurer, immediately upon verbal request, all information regarding last payment made by said insurer on my claim, including date of payment and balance of benefits remaining.**

I authorize you and or your attorney to obtain medical information regarding my physical condition from any other health care provider, including hospitals, diagnostic centers, etc., and I specifically authorize such health care provider(s) to release all such information to you about me, including medical reports, X-ray reports, and any other report or information regarding my physical condition.

Dated: _/ - 23 - 17_                              _____
                                                 Patient's Signature

# EXHIBIT G



United Healthcare
P O  Box 740800

Atlanta                    GA    30374

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

| PICA | | | | | | | | PICA |
|---|---|---|---|---|---|---|---|---|

**1.** MEDICARE ☐ (Medicare#)  MEDICAID ☐ (Medicaid#)  TRICARE ☐ (ID#/DoD#)  CHAMPVA ☐ (Member ID#)  GROUP HEALTH PLAN ☐ (ID#)  FECA BLK LUNG ☐ (ID#)  OTHER ☒ (ID#)  **1a. INSURED'S I.D. NUMBER** (For Program in Item 1) 925801432

**2. PATIENT'S NAME** (Last Name, First Name, Middle Initial)
A___ Anaum

**3. PATIENT'S BIRTH DATE** MM DD YY   **SEX** M ☐  F ☒

**4. INSURED'S NAME** (Last Name, First Name, Middle Initial)
A___ Mohammad

**5. PATIENT'S ADDRESS** (No., Street)

**6. PATIENT RELATIONSHIP TO INSURED**
Self ☐  Spouse ☐  Child ☐  Other ☒

**7. INSURED'S ADDRESS** (No., Street)

CITY                                    STATE NJ

**8. RESERVED FOR NUCC USE**

CITY                                    STATE NJ

ZIP CODE          TELEPHONE (Include Area Code)

ZIP CODE          TELEPHONE (Include Area Code)

**9. OTHER INSURED'S NAME** (Last Name, First Name, Middle Initial)

**10. IS PATIENT'S CONDITION RELATED TO:**

**11. INSURED'S POLICY GROUP OR FECA NUMBER**
8W9834

**a. OTHER INSURED'S POLICY OR GROUP NUMBER**

**a. EMPLOYMENT?** (Current or Previous)
YES ☐  NO ☒

**a. INSURED'S DATE OF BIRTH** MM DD YY   **SEX** M ☒  F ☐

**b. RESERVED FOR NUCC USE**

**b. AUTO ACCIDENT?**
YES ☐  NO ☒   PLACE (State)

**b. OTHER CLAIM ID** (Designated by NUCC)

**c. RESERVED FOR NUCC USE**

**c. OTHER ACCIDENT?**
YES ☐  NO ☒

**c. INSURANCE PLAN NAME OR PROGRAM NAME**
United Healthcare

**d. INSURANCE PLAN NAME OR PROGRAM NAME**

**10d. CLAIM CODES** (Designated by NUCC)

**d. IS THERE ANOTHER HEALTH BENEFIT PLAN?**
YES ☐  NO ☒   If yes, complete items 9, 9a, and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
**12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED Signature On File          DATE 06 11 19

**13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED Signature On File

**14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)** MM DD YY   QUAL.

**15. OTHER DATE** MM DD YY   QUAL.

**16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION**
FROM          TO

**17. NAME OF REFERRING PROVIDER OR OTHER SOURCE**
17a.
17b. NPI

**18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES**
FROM          TO

**19. ADDITIONAL CLAIM INFORMATION** (Designated by NUCC)

**20. OUTSIDE LAB?**  YES ☐  NO ☒   $ CHARGES 0 00

**21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY** Relate A-L to service line below (24E)   ICD Ind. 0

A. S01 82XA          B. S01 422A          C.          D.
E.          F.          G.          H.
I.          J.          K.          L.

**22. RESUBMISSION CODE**          ORIGINAL REF. NO.

**23. PRIOR AUTHORIZATION NUMBER**

| 24. A. DATE(S) OF SERVICE | | | | | | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS    MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM | DD | YY | To MM | DD | YY | | | | | | | | | |
| 01 | 15 | 17 | 01 | 17 | 23 | | | 13131 | A | 6464 00 | 1 | | NPI | 1861463267 |
| 01 | 15 | 17 | 01 | 17 | 23 | | | 99284    25 | A B | 500 00 | 1 | | NPI | 1861463267 |
| | | | | | | | | | | | | | NPI | |
| | | | | | | | | | | | | | NPI | |
| | | | | | | | | | | | | | NPI | |
| | | | | | | | | | | | | | NPI | |

**25. FEDERAL TAX I.D. NUMBER**   SSN ☐  EIN ☒
22 2550670

**26. PATIENT'S ACCOUNT NO.**
2578

**27. ACCEPT ASSIGNMENT?** (For govt. claims, see back)
YES ☒  NO ☐

**28. TOTAL CHARGE**
$ 6964 00

**29. AMOUNT PAID**
$ 0 00

**30. Rsvd for NUCC Use**
6964 00

**31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS**
(I certify that the statements on the reverse apply to this bill and are made a part thereof.)
John J Vaccaro  M D          06 11 19
SIGNED                         DATE

**32. SERVICE FACILITY LOCATION INFORMATION**
Hackensack University Medical Center
30 Prospect Avenue
Hackensack  NJ 07601 1914
a. 1609862036          b.

**33. BILLING PROVIDER INFO & PH #** ( 732 914 2100
John J Vaccaro  M D  P A
202 Route 37  West Suite 1
Toms River NJ 08755 8055
a. 1730372665          b.

NUCC Instruction Manual available at: www.nucc.org          PLEASE PRINT OR TYPE          APPROVED OMB-0938-1197 FORM 1500 (02-12)

# EXHIBIT H

8B-9531'01'000002-PM-17151-1T0'C04FICTTOPS

UnitedHealthcare Insurance Company
GREENSBORO SMALL GROUP
PO BOX 740800
ATLANTA GA 30374-0800
PHONE: 1-877-842-3210

STD - PRA

 UnitedHealthcare®

## PROVIDER
## REMITTANCE ADVICE

JOHN J VACCARO MD PA
JOHN J VACCARO MD
PO BOX 249
HASBROUCK HEIGH NJ 07604

| | |
|---|---|
| DATE: | 05/31/17 |
| TIN: | 222550670 |
| NPI: | 1730372665 |
| PAYEE NAME: | JOHN J VACCARO MD PA |
| TRACE NUMBER: | QK 74749483 |
| PAYMENT: | $0.00 |
| GROUP NUMBER: | 8W9834 |
| GROUP NAME: | FW-BCYU1S00 ADP |
| | TOTALSOURCE |

## PATIENT: ANAUM A_____ (CH)

| SUBSCRIBER ID: | A 925801432 | SUBSCRIBER NAME: | MOHAMMAD A____ | CLAIM NUMBER: | 3297782721 0277204573 |
|---|---|---|---|---|---|
| CLAIM DATE: | 01/15/17-01/15/17 | DATE RECEIVED: | 04/10/17 | PRODUCT: | CHOYC+ |
| REND PROV ID: | 1861463267 | REND PROV: | J. J VACCARO MD | | |

| PATIENT CONTROL NUMBER | PATIENT ID | AUTH/REF NUMBER | DRG | DRG WEIGHT | CLAIM CHARGE AMOUNT | CLM ADJ AMT | GRP CD | CLM ADJ RSN CD | CLAIM PAYMENT AMOUNT | PATIENT RESPONSIBILITY |
|---|---|---|---|---|---|---|---|---|---|---|
| 2578 | | | | | $6,964.00 | | | | $0.00 | $6,964.00 |

### SERVICE LINE DETAIL(S)

| LINE CTRL# | DATES OF SERVICE | SUB PROD/SVC/MOD | ADJ PROD/SVC | MOD | REV | UNITS | ADJ QTY | CHARGE | AMOUNT ALLOWED | ADJ AMOUNT | GRP CD | CLM ADJ RSN CD | PAYMENT AMOUNT | REMARK/NOTES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16104 | 01/15/17 - 01/15/17 | | 13131 | | | 1 | | $6,464.00 | $738.89 | $738.89 | PR | 1 | $0.00 | CO |
| | | | | | | | | | | $5,725.11 | PR | 45 | | |
| 16105 | 01/15/17 - 01/15/17 | | 99284 | 25 | | 1 | | $500.00 | $363.62 | $363.62 | PR | 1 | $0.00 | CO |
| | | | | | | | | | | $136.38 | PR | 45 | | |
| CLAIM# 3297782721 0277204573 | | | | | SUBTOTAL | | | $6,964.00 | $1,102.51 | $6,964.00 | | | $0.00 | |

PAYMENT OF BENEFITS HAS BEEN MADE IN ACCORDANCE WITH THE TERMS OF THE MANAGED CARE SYSTEM.

| TOTAL PAYABLE TO PROVIDER | $0.00 |
|---|---|

NOTES

PR1     PATIENT RESPONSIBILITY - DEDUCTIBLE AMOUNT

PR45    PATIENT RESPONSIBILITY - CHARGE EXCEEDS FEE SCHEDULE/MAXIMUM ALLOWABLE OR
        CONTRACTED/LEGISLATED FEE ARRANGEMENT.

CO      AN OUT-OF-NETWORK PROVIDER OR FACILITY PROVIDED THESE SERVICES. THE CLAIM WAS PROCESSED
        USING YOUR NETWORK BENEFITS. YOU MAY BE RESPONSIBLE FOR PAYING THE DIFFERENCE BETWEEN WHAT
        THE FACILITY OR PROVIDER BILLED AND WHAT WAS PAID. THE NOT COVERED AMOUNT MAY NOT APPLY TO
        YOUR ANNUAL OUT-OF-POCKET MAXIMUM.

THE MEMBER, PROVIDER, OR AN AUTHORIZED REPRESENTATIVE MAY REQUEST RECONSIDERATION OR APPEAL THE DECISION BY SUBMITTING COMMENTS, DOCUMENTS OR OTHER INFORMATION TO UNITEDHEALTHCARE. NETWORK PROVIDERS SHOULD REFER TO THE ADMINISTRATIVE GUIDE FOR CLAIM RECONSIDERATION OR APPEAL INFORMATION. IF YOU ARE A NETWORK PROVIDER APPEALING A CLINICAL OR COVERAGE DETERMINATION ON BEHALF OF A MEMBER, OR A NON-NETWORK PROVIDER APPEALING A DECISION ON BEHALF OF A MEMBER, FOLLOW THE PROCESS FOR APPEALS IN THE MEMBER'S BENEFIT PLAN DOCUMENT. DECISIONS ON APPEALS MADE ON BEHALF OF MEMBERS WILL BE COMPLETED IN 30 DAYS OF SUBMISSION OR WITHIN THE TIMEFRAME REQUIRED BY LAW.

UNITEDHEALTHCARE IS IMPROVING SERVICE TO YOU BY ADOPTING ELECTRONIC PAYMENTS & STATEMENTS (EPS) AS A STANDARD WAY TO PAY CLAIMS. EPS WILL DRAMATICALLY REDUCE THE TIME AND EFFORT YOUR ORGANIZATION SPENDS ON ADMINISTERING PAPER CHECKS AND EXPLANATION OF BENEFITS. GET A HEAD START AND ENROLL TODAY BY SELECTING THE ELECTRONIC PAYMENTS & STATEMENTS LINK FOUND ON THE HOME PAGE WWW.UNITEDHEALTHCAREONLINE.COM OR CONTACT US AT 1-866-UHC-FAST (1-866-842-3278), OPTION 5. FOR MORE INFORMATION ABOUT OUR FREE

# EXHIBIT I

B█████Sophie M (MR # 68███17) E█████████

## Patient Information

| Patient Name | MRN | Sex | DOB |
|---|---|---|---|
| Sophie ● B██████ | 6899017 | Female | 1/25/2002 |

## Operative Report signed by John J Vaccaro, MD at 1/1/2018 14:54

Author: John J Vaccaro, MD         Service: (none)                  Author Type: Physician
Filed: 1/1/2018 14:54              Date of Service: 12/30/2017 0:00  Status: Signed
Editor: John J Vaccaro (Physician)                                  Trans ID: H1580012

| Dictation Time: | Trans Time: | Trans Doc Type: | Trans Status: Available |
|---|---|---|---|
| 12/31/2017 | 1/1/2018 3:36 | Operative | |
| 19:43 | | Report | |

SURGEON:  John J. Vaccaro, M.D.
CO-SURGEON:  N/A
ASSISTANT:  N/A
ANESTHESIOLOGIST:
DATE:  12/30/2017

OPERATION:  Facial Trauma
   1) Upper Lip:  Exploration and debridement of avulsion loss of the
substance of the right upper lip (approximately 20%), extending through the
white aspect;  through the vermilion border;  through the red aspect's
mucocutaneous roll;  and extending through the oral vestibule.  There was
repair and reconstruction of the orbicularis oris muscle of the white aspect.
 There was repair and reconstruction of the dermis and integument of the white
 aspect with adjacent tissue (3 cm).  There was repair and reconstruction of the red
aspect's
mucocutaneous roll, with inclusion of the vermilion border, utilizing a right
laterally based mucocutaneous flap (4 x 3 cm).
   Intraorally, there was repair and reconstruction of the avulsion defect with loss of
substance of the
vestibular mucosa, utilizing a vestibuloplasty of the orbicularis oris muscle
and overlying vestibular mucosa.
   2) Nose:  Puncture wounds of the right alar of the nose (no benefits of suturing).
   3) Right Hand:  Puncture wounds of the volar metacarpal area of the hand (no
benefits of suturing).

ANESTHESIA:
   1% lidocaine with 1:100,000 dilution of epinephrine block
   4X loupe magnification
   intravenous antibiotics administered and completed preoperatively
   The patient was monitored.

PRE-OP DX:  Complex facial soft tissue trauma.

POST-OP DX:  Facial Trauma:
   1) Upper Lip:  Complex avulsion of the right upper lip with loss of
substance (3 x 2 x 2 cm), extending through the white aspect, through the
vermilion border, through the red aspect's mucocutaneous roll, and extending

through the oral vestibule.  There was avulsion loss of the dermis and
integument of the white aspect and avulsion loss of the underlying orbicularis
oris muscle of the white aspect.  There was avulsion of the architecture of
the vermilion border.  There was avulsion of the dermis and integument of the
red aspect's mucocutaneous roll and the underlying orbicularis oris muscle's
red aspect's mucocutaneous roll.

   Intraorally, there was avulsion of the vestibular mucosa, with avulsion and loss of
the underlying vestibular mucosa and the orbicularis oris muscle.

   2) Nose:  Puncture wounds of the right alar of the nose (no benefits of suturing).

   3) Right Hand:  Puncture wounds of the volar metacarpal area of the hand (no
benefits of suturing).

HISTORY:  This patient is a 15-year-old female, who presents to us in the
accompaniment of her mother and father.  The history is obtained from the patient that
she was savagely attacked by an animal within the confines of an old friend's
home, resulting in loss of substance of the right upper lip and injuries to the nose and
right hand.  There was no history of any head trauma and no history of any eye trauma.
The patient did
incur puncture wounds of the volar surface of the right hand and puncture
wounds of the nose.  Upon evaluation and presentation, the patient's mother
and father requested and agreed to a plastic surgical consultation for the
involved injury and plastic surgical treatment for the involved injury.  They
were fully aware of the options.  They were fully aware of the residual effect
from the involved injury, the need for followup care, and the ongoing healing
process to evaluate the final outcome of the surgery.

PAST MEDICAL HISTORY:  The patient has no history of known medical allergies,
no history of medical problems, and the patient is up-to-date in
immunizations.  Last menstrual period was 3 weeks previously.  The patient's
parents and the patient deny pregnancy, and she denies the use of birth
control pills or birth control device.

PHYSICAL EXAMINATION:  General:  She is a well-developed, well-nourished
female, alert, oriented, acting appropriately for the trauma involved and
appearing neurologically intact.  Head, Ears, Eyes, Nose, Neck, and Oral
Cavity:  Examination of the head is normocephalic.  Examination of the ears is
within normal limits.  Temporomandibular joints reveal no evidence of any
trismus and no evidence of any subluxation.  There is no change in bite, and
the zygomatic arches are nontender.  Examination of the supraorbital rims
reveal no evidence of any soft tissue injuries.  The globes to the eyes are
asymptomatic
for complaints.  The pupils are reactive.  Extraocular movements are within normal
limits.
Examination of the upper lip reveals a large soft tissue defect with loss of
substance, extending through the white aspect, the vermilion border, the red
aspect's mucocutaneous roll, and extending in an oblique direction through the
oral vestibule, with loss of substance.  Examination of the nasal pyramid
externally reveals puncture wounds of the right lateral alar.  On palpation,
there is no evidence of any crepitance, and intranasal examination reveals no

evidence of any heme, and the septum is intact. The maxilla is stable. Maxillary and mandibular teeth are intact. There is extension of the loss of soft tissue through the oral vestibule. No evidence of any palatine hematoma. Examination of the neck is supple. Chest, Heart, Lungs, and Abdomen: Grossly within normal limits. Neurological: II-XII, the patient is grossly within normal limits. Extremities: Examination of the patient's right hand reveals puncture wounds on the volar surface of the right hand at the distal metacarpal area. There was full flexion and extension without pain and the neurovascular bundles were intact. There is no benefit of any suturing in this area

other than as discussed that topical treatment would be performed. After evaluating the patient, it was discussed with the patient's mother and father at length the nature of the injuries, the fact that she would be left with residual effects from the involved injuries, the quality of which would have to be evaluated with time. The possibilities of bleeding, infection, hematoma, possibilities of further surgeries in the future, the options involved, as well as the need for followup care and the ongoing healing process to evaluate the final outcome of the surgery. They were aware that the surgical procedure would be taking place utilizing a block anesthesia. We answered all of the patient's mother's and father's questions concerning the surgical procedure. The consent was a fully informed consent. They insisted that we proceed, and the procedure took place as follows.

DESCRIPTION OF PROCEDURE: Intravenous was started. Intravenous antibiotics were administered and completed. The patient was brought into the operating area and placed on the operating room table with the head elevated and vital signs noted and monitored to be stable. The mouth and face were washed of all dried blood and heme. The vermilion border in what normally would be its position was carefully outlined with a tattooing marking pencil, and the proposed musculocutaneous flap reconstruction of the red aspect was carefully outlined from its lateral component as well as the oral vestibule. Vital signs were noted and monitored to be stable. A time-out was called. The operative site as well as the patient were identified and all agreed upon. The patient's face was sterilely cleaned, prepped and draped in the usual fashion, and isolated in a sterile towel field. There was a maxillary block anesthesia utilizing 1% lidocaine with 1:100,000 dilution of epinephrine block. Allowing a 7-10 minute period of time to elapse for both hemostasis as well as the anesthetic effect, the wound was copiously irrigated with saline solution and explored. Careful exploration of the wound failed to reveal any evidence of any foreign bodies. The wound was then debrided of all dead and devitalized tissue with the micro iris scissors. The wound edges of the white aspect were revised as necessary with a #15 scalpel blade, followed by the micro iris scissors. The wound was irrigated, and the skin edges of the white aspect were undermined with the #15 scalpel blade, followed by the micro iris scissors. Meticulous hemostasis was obtained with the cautery. The wound was copiously irrigated with saline solution. Reconstruction of the white aspect was then begun by identifying and isolating the underlying orbicularis

B████, Sophie M (MR # 68█  17) DOB: █████████

oris muscle of the white aspect.  The musculature layer was then advanced and repaired with
interrupted mattress sutures of 6-0 Vicryl.  The wound was again irrigated
with saline solution.  A layered closure of the overlying soft tissue
aspect of the white aspect was performed with interrupted sutures of 6-0
Vicryl in the lower dermis and integumental layer, coapting the edges on an
edge-to-edge manner.  The upper dermis was then repaired with interrupted
sutures of 6-0 Vicryl with buried knots, coapting the edges on an edge-to-edge
 manner.  The plastic repair of the upper dermis and epidermal layer of the
white aspect was repaired with interrupted sutures of 7-0 nylon, evenly spaced
 along the length of the wound, and then 7-0 nylon in a running fashion,
meticulously coapting the edges on an edge-to-edge manner.  Upon completion of
 this then, the area of the white aspect was then irrigated.
My attention then turned to the red aspect's mucocutaneous roll, the soft
tissue defect and loss, as well as the vermilion border.  Utilizing a micro
iris scissors, the orbicularis oris muscle and the overlying dermis and
integument were then undermined and then released from the commissure of the
right upper lip.  With the release of the muscle and development of the
musculocutaneous flap, the musculature layer was then repaired and coapted
with the medial component with interrupted sutures of 6-0 Vicryl.  The lower
dermis and integumental layer of the red aspect were repaired with interrupted sutures
of 6-0
Vicryl with buried knots.  The upper dermis and epidermal layer of the red
aspect's mucocutaneous roll was then repaired first with interrupted sutures
of 6-0 nylon, coapting the edges on an edge-to-edge manner and also restoring the
Vermillion border.  The area was irrigated and checked for hemostasis.
My attention then turned towards the intraoral component.  Here, the defect of
 the vestibular mucosa muscle was undermined and released from tethering at
the level of the sulcus.  This was then advanced and repaired as a layered
closure of the orbicularis oris muscle and the overlying vestibular mucosa
with interrupted sutures of 5-0 Vicryl.  Upon completion of this, the face and mouth
were washed of all dried blood and heme.
The puncture wounds of the right alar were then scrubbed clean, but no
 benefits of any suturing.  All of the wounds were then dressed with
bacitracin ointment and a contoured dressing of the upper lip to relieve the
pressure.
The volar surface of the right hand was scrubbed clean with
Betadine solution and topically dressed.
All of the procedure went entirely well, without any problems or difficulties.

Postoperatively:  the patient was to be continued on a course of antibiotics,
analgesics for pain, no aspirin or aspirin products, Peridex mouthwash,
mechanical soft diet, no straws, and no lifting, bending, stooping, or
straining.  All of the areas are to be kept lightly coated with bacitracin
ointment, no crusting or scabbing.  Call if there are any problems.  Signs of
infection were discussed.   No hot drinks and the benefits of ice cream and a course of
antibiotics were discussed.Call for an office appointment to be seen within
the week.

The patient's mother and father were fully aware of the procedure, the risks, the options,
and the need for followup care.  After an adequate period of time in observation, the patient was able to be
discharged in the accompaniment of her mother and father for followup in our office.

CC:  John J. Vaccaro, M.D.

Electronically signed by John J Vaccaro, MD at 1/1/2018 14:54

**Revision History** ⩗

## Media
Electronic signature on 12/29/2017 23:36 : father signed

# Activity Date
Activity Date
**Dec 30, 2017**

**Routing History** ⩗

# EXHIBIT J

JOHN J. VACCARO, M.D., P.A., F...C.S.

Diplomate American Board of Plastic Surgery
Fellow of the American College of Surgeons

**Member**
American Society for
Aesthetic Plastic Surgery, Inc.



**Member**
AMERICAN SOCIETY OF
PLASTIC SURGEONS

### ASSIGNMENT OF BENEFITS
### &
### LTD. POWER OF ATTORNEY

I irrevocably assign to you, my medical provider, all of my rights and benefits under my insurance contract and/or any employee welfare benefit plan for payment for services rendered to me, including but not limited to all of my rights under "ERISA" applicable to the medical services at issue.  I authorize you to file insurance claims on my behalf for services rendered to me and this specifically includes filing arbitration/litigation in your name on my behalf against the PIP carrier/health care carrier.  I irrevocably authorize you to retain an attorney of your choice on my behalf for collection of your bills.  I direct that all reimbursable medical payments go directly to you, my medical provider.  I authorize and consent to your acting on my behalf in this regard and in regard to my general health insurance coverage and I specifically authorize you to pursue any administrative appeals conducted pursuant to "ERISA".

In the event the insurance carrier responsible for making medical payments in this matter does not accept my assignment, or my assignment is challenged or deemed invalid, I execute this **limited/special power of attorney** and appoint and authorize your collection attorney as my agent and attorney to collect payment for your medical services directly against the carrier in this case, in my name, including filing arbitration demand or lawsuit.  I specifically authorize that attorney to file directly against that carrier in my name or in your name as a medical provider rendering services to me and designate your collection attorney as my attorney in fact.  I further grant limited power of attorney to you as my medical provider to receive and collect directly from the insurance carrier money due you for services rendered to me in this matter, and hereby instruct the insurance carrier to pay you directly any monies due you for medical services you rendered me.  **I authorize you and or your attorney to receive from my insurer, immediately upon verbal request, all information regarding last payment made by said insurer on my claim, including date of payment and balance of benefits remaining.**

I authorize you and or your attorney to obtain medical information regarding my physical condition from any other health care provider, including hospitals, diagnostic centers, etc., and I specifically authorize such health care provider(s) to release all such information to you about me, including medical reports, X-ray reports, and any other report or information regarding my physical condition.

Dated: __1/8/18__

Patient's Signature

# EXHIBIT K



United HealthCare
PO Box 29130

Hot Springs            AR   71903

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

CARRIER

| | PICA | | | | | | | PICA | |
|---|---|---|---|---|---|---|---|---|---|

**1. MEDICARE** (Medicare#)  **MEDICAID** (Medicaid#)  **TRICARE** (ID#/DoD#)  **CHAMPVA** (Member ID#)  **GROUP HEALTH PLAN** (ID#)  **FECA BLK LUNG** (ID#)  **OTHER** [X] (ID#)   **1a. INSURED'S I.D. NUMBER** (For Program in Item 1)
1259651101

**2. PATIENT'S NAME** (Last Name, First Name, Middle Initial)
B██████ Sophie

**3. PATIENT'S BIRTH DATE** MM DD YY   **SEX** M [ ]  F [X]

**4. INSURED'S NAME** (Last Name, First Name, Middle Initial)
B██████

**5. PATIENT'S ADDRESS** (No., Street)
██████████

**6. PATIENT RELATIONSHIP TO INSURED**
Self [ ]  Spouse [ ]  Child [X]  Other [ ]

**7. INSURED'S ADDRESS** (No., Street)
██████████ AVE

**CITY** ██████████  **STATE** NJ

**8. RESERVED FOR NUCC USE**

**CITY** ██████████  **STATE** NJ

**ZIP CODE** ██████████  **TELEPHONE (Include Area Code)** ██████████

**ZIP CODE** ██████████  **TELEPHONE (Include Area Code)** ██████████

**9. OTHER INSURED'S NAME** (Last Name, First Name, Middle Initial)

**10. IS PATIENT'S CONDITION RELATED TO:**

**11. INSURED'S POLICY GROUP OR FECA NUMBER**
GJ1037

**a. OTHER INSURED'S POLICY OR GROUP NUMBER**

**a. EMPLOYMENT?** (Current or Previous)
YES [ ]  NO [X]

**a. INSURED'S DATE OF BIRTH** MM DD YY   **SEX** M [ ]  F [X]

**b. RESERVED FOR NUCC USE**

**b. AUTO ACCIDENT?** YES [•]  NO [X]  **PLACE (State)**

**b. OTHER CLAIM ID** (Designated by NUCC)

**c. RESERVED FOR NUCC USE**

**c. OTHER ACCIDENT?** YES [ ]  NO [X]

**c. INSURANCE PLAN NAME OR PROGRAM NAME**
United HealthCare

**d. INSURANCE PLAN NAME OR PROGRAM NAME**

**10d. CLAIM CODES** (Designated by NUCC)

**d. IS THERE ANOTHER HEALTH BENEFIT PLAN?**
YES [ ]  NO [X]  If yes, complete items 9, 9a, and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
**12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED **Signature On File**       DATE **06 11 19**

**13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED **Signature On File**

PATIENT AND INSURED INFORMATION

**14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)** MM DD YY  QUAL.

**15. OTHER DATE** QUAL.  MM DD YY

**16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION** FROM MM DD YY  TO MM DD YY

**17. NAME OF REFERRING PROVIDER OR OTHER SOURCE**
17a.
17b. NPI

**18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES** FROM MM DD YY  TO MM DD YY

**19. ADDITIONAL CLAIM INFORMATION** (Designated by NUCC)

**20. OUTSIDE LAB?** YES [ ]  NO [X]   **$ CHARGES** 0 00

**21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY** Relate A-L to service line below (24E)   **ICD Ind.** 0
A. S01 511A   B. ____   C. ____   D. ____
E. ____   F. ____   G. ____   H. ____
I. ____   J. ____   K. ____   L. ____

**22. RESUBMISSION CODE**    **ORIGINAL REF. NO.**

**23. PRIOR AUTHORIZATION NUMBER**

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 12 29 17 | 12 29 17 | 23 | | 13152 | | A | 26006 00 | 1 | | NPI | 1861463267 |
| 2 | 12 29 17 | 12 29 17 | 23 | | 99284 | 25 | A | 861 00 | 1 | | NPI | 1861463267 |
| 3 | | | | | | | | | | | NPI | |
| 4 | | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | NPI | |

PHYSICIAN OR SUPPLIER INFORMATION

**25. FEDERAL TAX I.D. NUMBER**  SSN [ ]  EIN [X]
22 2550670

**26. PATIENT'S ACCOUNT NO.**
2753

**27. ACCEPT ASSIGNMENT?** (For govt. claims, see back)
YES [X]  NO [ ]

**28. TOTAL CHARGE** $ 26867 00

**29. AMOUNT PAID** $ 5115 00

**30. Rsvd for NUCC Use** 21752 00

**31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS** (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
John J Vaccaro  M D
SIGNED   06 11 19 DATE

**32. SERVICE FACILITY LOCATION INFORMATION**
Hackensack University Medical Center
30 Prospect Avenue
Hackensack  NJ 07601 1914
a. 1609862036    b.

**33. BILLING PROVIDER INFO & PH #** ( 732 914 2100
John J Vaccaro  M D  P A
202 Route 37  West Suite 1
Toms River  NJ 08755 8055
a. 1730372665    b.

NUCC Instruction Manual available at: www.nucc.org       **PLEASE PRINT OR TYPE**       APPROVED OMB-0938-1197 FORM 1500 (02-12)

# EXHIBIT L

Oxford Health Plans NY Inc
UnitedHealthcare - Oxford
4 Research Drive
Shelton CT 06484
Phone: 1-800-666-1353

STD - PRA

 UnitedHealthcare
Oxford



## PROVIDER
## REMITTANCE ADVICE

JOHN J VACCARO MD PA
PO BOX 249
HASBROUCK HEIGHTS NJ 07604

| | |
|---|---|
| CHECK DATE: | 02/05/18 |
| TIN: | 222550670 |
| VENDOR NAME: | JOHN J VACCARO MD PA |
| CHECK NUMBER: | 15938217 |
| CHECK AMOUNT: | $5,115.00 |
| VENDOR ID: | DO4937-P933245 |

## PATIENT: SOPHIE B██████

MEMBER ID: 12596511*03     PATIENT ACCT NUM: 2753

CLAIM NUMBER: 8011E29267

PROVIDER ID: P933245

PROVIDER NAME: VACCARO, JOHN

| DATE(S) OF SERVICE | DESCRIPTION OF SERVICE | QTY | BILLED AMT | MAXIMUM AMOUNT | DEDUCTIBLE AMT | COPAY/COINS AMT | COB AMT | WITHHOLD AMT | PAYMENT AMT | PATIENT RESP AMT | ADJ CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/29/17 | REPAIR OF WOUND OR LESION (13152) | 1 | $26,006.00 | $4,254.00 | | | $0.00 | $0.00 | $4,254.00 | $0.00 | A31P |
| 12/29/17 | ER DEPART VISIT HIGH/URGE SEVER (99284-25) | 1 | $861.00 | $861.00 | | | $0.00 | $0.00 | $861.00 | $0.00 | |
| | CLAIM 8011E29267 SUBTOTAL | | $26,867.00 | $5,115.00 | | | $0.00 | $0.00 | $5,115.00 | $0.00 | |
| | | | | | | TOTAL PAYABLE TO PROVIDER | | | $5,115.00 | | |

Adjustment Code Description

A31P    The maximum amount allowed for this primary procedure has not been reduced based on the multiple procedures policy.

## For the above claims please visit www.oxhp.com

# EXHIBIT M

Hamid (MR # 10327 ̄3) DOB:

## Patient Information

| Patient Name | MRN | Sex | DOB |
|---|---|---|---|
| Hamid R Zarei | 103275563 | Male | |

## Operative Report signed by John J Vaccaro, MD at 2/2/2018 14:07

Author: John J Vaccaro, MD    Service: (none)      Author Type: Physician
Filed: 2/2/2018 14:07      Date of Service: 1/31/2018 0:00    Status: Signed
Editor: John J Vaccaro, MD (Physician)                   Trans ID: H1583792

| Dictation Time: | Trans Time: | Trans Doc Type: | Trans Status: Available |
|---|---|---|---|
| 2/1/2018 17:00 | 2/2/2018 5:32 | Operative Report | |

SURGEON: John J. Vaccaro, M.D.
CO-SURGEON: N/A
ASSISTANT: N/A
ANESTHESIOLOGIST:
DATE: 01/31/2018.

OPERATION: Right Hand/Index Finger: Exploration and debridement of complex stellate crush traction injury of the dorsum of the right index finger, extending through the radial side (extensor zones 1 and 2). There was reduction of the bony fragment with stabilization. There was repair of the shredded extensor tendon. There was repair of the radial digital nerve. There was repair of the dermis and its integument (9 cm). There was insertion of K-wire fixation. There was protective splinting.

ANESTHESIA:
    1% lidocaine plain supplemented by 0.5% Marcaine plain
    4X loupe magnification utilized
    K-wire insertion
    intravenous antibiotics administered.
    TOURNIQUET TIME: 1-1/2 hours plus 1/2 hour

PRE-OP DX: Complex trauma of the right index finger secondary to a crush traction injury.

POST-OP DX: Right Hand/Index Finger: Complex stellate oblique angular avulsion and disruption of the dorsum of the right index finger, extending through the radial surface secondary to a crush traction injury (extensor zones 1 and 2). There was disruption of the dermis and its integument with devitalization (7 cm). There was disruption of the radial digital nerve, artery, and vein. There was shredding of the extensor tendon and displaced bony fragments.

HISTORY: This patient is a 58-year-old ambidextrous, although more right-hand dominant, male, who presents with a crush traction injury to the right index finger secondary to a heavy metal desk that he was moving at work that fell on his right index finger.

Upon evaluation by the primary physician, a plastic surgical consultation was requested.
The patient agreed to the consultation as well as the treatment for the involved injury. He was fully
aware of the options. He was fully aware over multiple times of the extent and the severity of the injury, including the possibilities of sympathetic reflex dystrophy, need for occupational and physical therapy, and extension lag was explained to him as well as possibility of further surgery, including fusion of the DIP joint.

PAST MEDICAL HISTORY: There is no history of known medical allergies. He has a history of hypertension. His medication is Aprovel, and he was updated on his tetanus immunizations today.

PHYSICAL EXAMINATION: General: A well-developed, well-nourished male, alert, oriented, acting appropriately for the trauma involved and appearing neurologically intact, except for the radial digital nerve of his index finger. Head, Ears, Eyes, Nose, Neck, and Oral Cavity: Grossly within normal limits. Chest, Heart, Lungs, and Abdomen: Grossly within normal limits. Extremities: Examination of the right index finger reveals a jagged stellate angular avulsion of the dorsum of the soft tissue, extending down to the underlying bone,
with exposed fragmented extensor tendon and extending through the radial side. The radial digital nerve sensation distally to the zone of injury was absent as well as the neurovascular
bundles, as noted intraoperatively. The patient was unable to extend his DIP joint. Flexion was intact. There was good capillary refill of the distal pulp.
After evaluating the patient, it was discussed with him at length the nature of the injury, that there would be a residual effect from the involved injury, the quality of which would have to be evaluated with time; the possibilities of bleeding, infection, hematoma, possibilities of further surgeries in the future, the strong possibilities of extensor lag, the possibilities of fusion, and the need for occupational and physical therapy, as well as sympathetic reflex dystrophy. We answered all of the patient's questions concerning the surgical procedure. The consent was a fully informed consent. He insisted we proceed.
The procedure took place as follows.

DESCRIPTION OF PROCEDURE: Intravenous was started. Intravenous antibiotics were administered and completed. The patient was brought into the operating room and placed on the operating room table in the supine position, with the injured hand extended on the hand table. Vital signs were noted and monitored to be stable. The hand was reexamined. A time-out was called, and the operative site as well as the patient identified and all agreed upon.
The hand was washed with soap and water and copiously irrigated with Betadine solution, followed by copious amounts of saline solution. The hand, wrist, and forearm were circumferentially cleaned, prepped and draped in the usual fashion, and isolated in a sterile towel field. There was induction of block

anesthesia utilizing 1% lidocaine plain, supplemented by 0.5% Marcaine plain, both without epinephrine. Allowing a 10-minute period of time to elapse for the complete anesthetic effect, the finger was exsanguinated and a tourniquet was placed at the base of the finger.

Upon completion of this, the wound was pulse irrigated and explored. There were no foreign body fragments found, but there was shredded extensor tendon. There was an area of a bony avulsion fragment as well as the radial digital nerve disrupted, including the artery and the vein. There was devitalization of the dermis and integumental tissue on the dorsal aspect as well.

Upon completion of this, then, after exploration of the wound, my attention then turned to utilizing a K-wire to stabilize the distal phalanx and middle phalanx. Once this was completed, there was lengthening of the wound in both radial and ulnar directions performed with a #15 scalpel blade, followed by the micro iris scissors. The flaps were held back. Hemostasis was obtained with the cautery, and the wound was again irrigated with saline solution.

My attention turned to the fragments of bone, which were reduced and placed in the areas of defect and sutured in place; my attention then turned to the fragmented shredded extensor tendon. The extensor tendon was repaired with interrupted mattress sutures of 4-0 nylon. The wound was again irrigated with saline solution.

My attention now turned to the radial digital nerve, artery, and vein. The nerve was repaired with interrupted sutures of 7-0 nylon at 6 and 12 o'clock.

Upon completion of this, the wound was again irrigated, and the flaps that were raised were released and repaired with interrupted and running sutures of 5-0 nylon. The hand was elevated. The tourniquet was released, and pressure was maintained over the operative site for 10 minutes. A dressing of bacitracin ointment and Xeroform gauze was placed, incorporating a protective splint to the affected finger, hand, and forearm. At that point, the procedure was terminated. The patient tolerated the procedure well, without any problems or difficulties.

Postoperatively, the patient was to be given analgesics for pain, no aspirin or aspirin products. He was to be continued on a course of antibiotics. He was to keep his hand elevated. Keep the dressing dry, clean, and intact. Signs of infection were discussed. He is to avoid caffeine. Signs of infection discussed. Call if there are any problems. Call for followup within the week. The patient was fully aware of the procedure, the risks, the options, the need for followup care.
After an adequate period of time and observation, the patient was able to be discharged in the accompaniment of an adult for followup in our office.

CC: John J. Vaccaro, M.D.

Electronically signed by John J Vaccaro, MD at 2/2/2018 14:07

**Revision History** ⊻

## Media

# EXHIBIT N





JOHN J. VACCARO, M.D., P.A., F.A.C.S.

Diplomate American Board of Plastic Surgery
Fellow of the American College of Surgeons

Member
American Society for
Aesthetic Plastic Surgery, Inc.

Member
AMERICAN SOCIETY OF
PLASTIC SURGEONS

## ASSIGNMENT OF BENEFITS
## &
## LTD. POWER OF ATTORNEY

I irrevocably assign to you, my medical provider, all of my rights and benefits under my insurance contract and/or any employee welfare benefit plan for payment for services rendered to me, including but not limited to all of my rights under "ERISA" applicable to the medical services at issue. I authorize you to file insurance claims on my behalf for services rendered to me and this specifically includes filing arbitration/litigation in your name on my behalf against the PIP carrier/health care carrier. I irrevocably authorize you to retain an attorney of your choice on my behalf for collection of your bills. I direct that all reimbursable medical payments go directly to you, my medical provider. I authorize and consent to your acting on my behalf in this regard and in regard to my general health insurance coverage and I specifically authorize you to pursue any administrative appeals conducted pursuant to "ERISA".

In the event the insurance carrier responsible for making medical payments in this matter does not accept my assignment, or my assignment is challenged or deemed invalid, I execute this **limited/special power of attorney** and appoint and authorize your collection attorney as my agent and attorney to collect payment for your medical services directly against the carrier in this case, in my name, including filing arbitration demand or lawsuit. I specifically authorize that attorney to file directly against that carrier in my name or in your name as a medical provider rendering services to me and designate your collection attorney as my attorney in fact. I further grant limited power of attorney to you as my medical provider to receive and collect directly from the insurance carrier money due you for services rendered to me in this matter, and hereby instruct the insurance carrier to pay you directly any monies due you for medical services you rendered me. **I authorize you and or your attorney to receive from my insurer, immediately upon verbal request, all information regarding last payment made by said insurer on my claim, including date of payment and balance of benefits remaining.**

I authorize you and or your attorney to obtain medical information regarding my physical condition from any other health care provider, including hospitals, diagnostic centers, etc., and I specifically authorize such health care provider(s) to release all such information to you about me, including medical reports, X-ray reports, and any other report or information regarding my physical condition.

Dated: ___02/06/18___

_____
Patient's Signature

# EXHIBIT O

Oxford Health
P O Box 29130

Hot Springs                    AR   71903

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

CARRIER

| | PICA | | | | | | | | PICA | |

| 1. MEDICARE ☐ (Medicare#) | MEDICAID ☐ (Medicaid#) | TRICARE ☐ (ID#/DoD#) | CHAMPVA ☐ (Member ID#) | GROUP HEALTH PLAN ☐ (ID#) | FECA BLK LUNG ☐ (ID#) | OTHER ☒ (ID#) | 1a. INSURED'S I.D. NUMBER  (For Program in Item 1) 1324732701 |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) <br> Z█████ Hamid | 3. PATIENT'S BIRTH DATE <br> MM  DD  YY   SEX   M☒  F☐ | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) <br> Z█████ Hamid |
|---|---|---|
| 5. PATIENT'S ADDRESS (No., Street) <br> ████████ | 6. PATIENT RELATIONSHIP TO INSURED <br> Self ☒  Spouse ☐  Child ☐  Other ☐ | 7. INSURED'S ADDRESS (No., Street) <br> ████████ |
| CITY  ████████   STATE  NJ | 8. RESERVED FOR NUCC USE | CITY  ████████   STATE  NJ |
| ZIP CODE ████  TELEPHONE (Include Area Code) ████ | | ZIP CODE ████  TELEPHONE (Include Area Code) ████ |

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) <br> Z█████ Hamid | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER <br> EG5312 |
|---|---|---|
| a. OTHER INSURED'S POLICY OR GROUP NUMBER <br> W2A08119 | a. EMPLOYMENT? (Current or Previous) <br> YES ☐  NO ☒ | a. INSURED'S DATE OF BIRTH <br> MM  DD  YY   SEX   M☒  F☐ |
| b. RESERVED FOR NUCC USE | b. AUTO ACCIDENT?  YES ☐  NO ☒  PLACE (State) ☐ | b. OTHER CLAIM ID (Designated by NUCC) |
| c. RESERVED FOR NUCC USE | c. OTHER ACCIDENT?  YES ☐  NO ☒ | c. INSURANCE PLAN NAME OR PROGRAM NAME <br> Oxford Health |
| d. INSURANCE PLAN NAME OR PROGRAM NAME <br> CNA | 10d. CLAIM CODES (Designated by NUCC) | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? <br> YES ☒  NO ☐  If yes, complete items 9, 9a, and 9d. |

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

| 12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below. <br><br> SIGNED Signature On File          DATE 06 11 19 | 13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below. <br><br> SIGNED Signature On File |
|---|---|

| 14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) MM DD YY   QUAL. | 15. OTHER DATE  QUAL.  MM DD YY | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION <br> FROM MM DD YY  TO MM DD YY |
|---|---|---|
| 17. NAME OF REFERRING PROVIDER OR OTHER SOURCE | 17a. <br> 17b. NPI | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES <br> FROM MM DD YY  TO MM DD YY |
| 19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC) | | 20. OUTSIDE LAB?  YES ☐  NO ☒   $ CHARGES  0 00 |

| 21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E)   ICD Ind. 0 | 22. RESUBMISSION CODE   ORIGINAL REF. NO. |
|---|---|
| A. S56 421A   B. S64 490A   C. S62 630B   D. <br> E.   F.   G.   H. <br> I.   J.   K.   L. | 23. PRIOR AUTHORIZATION NUMBER |

| 24. A. DATE(S) OF SERVICE | | | | | | | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES | | E. DIAGNOSIS POINTER | F. $ CHARGES | | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | From MM | DD | YY | To MM | DD | YY | | | CPT/HCPCS | MODIFIER | | | | | | | |
| 1 | 01 | 31 | 18 | 01 | 31 | 18 | 23 | | 26418 | | A | 13748 | 01 | 1 | | NPI | 1861463267 |
| 2 | 01 | 31 | 18 | 01 | 31 | 18 | 23 | | 64831 | | B | 8883 | 23 | 1 | | NPI | 1861463267 |
| 3 | 01 | 31 | 18 | 01 | 31 | 18 | 23 | | 26765 | | C | 6974 | 40 | 1 | | NPI | 1861463267 |
| 4 | 01 | 31 | 18 | 01 | 31 | 18 | 23 | | 99285 | 25 | A B C | 920 | 00 | 1 | | NPI | 1861463267 |
| 5 | 01 | 31 | 18 | 01 | 31 | 18 | 23 | | 29125 | | A B C | 419 | 00 | 1 | | NPI | 1861463267 |
| 6 | | | | | | | | | | | | | | | | NPI | |

| 25. FEDERAL TAX I.D. NUMBER   SSN EIN <br> 22 2550670    ☐  ☒ | 26. PATIENT'S ACCOUNT NO. <br> 2760 | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back) <br> YES ☒  NO ☐ | 28. TOTAL CHARGE <br> $ 30944 64 | 29. AMOUNT PAID <br> $ 4434 44 | 30. Rsvd for NUCC Use <br> 26510 20 |
|---|---|---|---|---|---|
| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.) <br><br> John J Vaccaro M D    06 11 19 <br> SIGNED          DATE | 32. SERVICE FACILITY LOCATION INFORMATION <br> Hackensack University Medical Center <br> 30 Prospect Avenue <br> Hackensack NJ 07601 1914 <br><br> 1609862036 | 33. BILLING PROVIDER INFO & PH #  ( 732 914 2100 <br> John J Vaccaro M D  P A <br> 202 Route 37  West Suite 1 <br> Toms River NJ 08755 8055 <br><br> 1730372665 |

# EXHIBIT P

121OXOPPR0026001-07480-02

Oxford Health Insurance Inc
UnitedHealthcare - Oxford
4 Research Drive
Shelton CT 06484
Phone: 1-800-666-1353

STD - PRA

 UnitedHealthcare
Oxford



# PROVIDER
# REMITTANCE ADVICE

| | |
|---|---|
| CHECK DATE: | 04/30/18 |
| TIN: | 222550670 |
| VENDOR NAME: | JOHN J VACCARO MD PA |
| CHECK NUMBER: | 26837860 |
| CHECK AMOUNT: | $4,434.44 |
| VENDOR ID: | DO4937-P933245 |

JOHN J VACCARO MD PA
PO BOX 249
HASBROUCK HEIGHTS NJ 07604

## PATIENT: HAMID Z▒▒▒▒

MEMBER ID: 13247327*01   PATIENT ACCT NUM: 2760   CLAIM NUMBER: 8094E06068
PROVIDER ID: P933245   PROVIDER NAME: VACCARO, JOHN

| DATE(S) OF SERVICE | DESCRIPTION OF SERVICE | QTY | BILLED AMT | MAXIMUM AMOUNT | DEDUCTIBLE AMT | COPAY/COINS AMT | COB AMT | WITHHOLD AMT | PAYMENT AMT | PATIENT RESP AMT | ADJ CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/31/18 | REPAIR FINGER TENDON (26418) | 1 | $0.00 | | | | $0.00 | $0.00 | $0.00 | $0.00 | T317 |
| 01/31/18 | REPAIR OF DIGIT NERVE (64831) | 1 | $8,883.23 | $2,728.95 | | $545.79 | $0.00 | $0.00 | $2,183.16 | $545.79 | A88R |
| 01/31/18 | TREAT FINGER FRACTURE, EACH (26765) | 1 | $0.00 | | | | $0.00 | $0.00 | $0.00 | $0.00 | T317 |
| 01/31/18 | EMERGENCY DEPT VISIT (99285-25) | 1 | $920.00 | $650.13 | | $130.02 | $0.00 | $0.00 | $520.11 | $130.02 | A88R |
| 01/31/18 | APPLY FOREARM SPLINT (29125) | 1 | $419.00 | | | | $0.00 | $0.00 | $0.00 | $0.00 | TCOD |
| 01/31/18 | REPAIR FINGER TENDON (26418-51) | 1 | $13,748.01 | $1,163.21 | | $232.64 | $0.00 | $0.00 | $930.57 | $232.64 | A88R |
| 01/31/18 | TREAT FINGER FRACTURE, EACH (26765-51) | 1 | $6,974.40 | $1,000.75 | | $200.15 | $0.00 | $0.00 | $800.60 | $200.15 | A88R |
| | CLAIM 8094E06068 SUBTOTAL | | $30,944.64 | $5,543.04 | | $1,108.60 | $0.00 | $0.00 | $4,434.44 | $1,108.60 | |
| | | | | | | TOTAL PAYABLE TO PROVIDER | | | $4,434.44 | | |

Adjustment Code Description

A88R    You do not participate in our network. As a result, the claim has been paid at 350% of the rate established by the federal
government for the Medicare program for the services provided. The member is only responsible for any copayment, coinsuran
and deductible amounts shown on this Remittance Advice statement. Please DO NOT contact our member about any other
amounts and DO NOT balance bill the member. Contact Provider Services if you have any questions concerning the processin
of this claim at 800-666-1353.

T317    This adjustment code has been applied to indicate that multiple surgical procedures were performed during the same operating
session. This claim has been reimbursed in accordance with Oxford's Multiple Surgery policy, which is based upon generally
accepted insurance industry standards for reimbursement of multiple surgical procedures. Under this policy, the primary
procedure is reimbursed at 100% of the fee schedule (minus any applicable member cost-share). All subsequent procedures a
reimbursed at 50% of the fee schedule. The primary surgery has been determined using the Medicare methodology of relying o
the Relative Value Units (RVU). Participating providers may not balance bill the member for this service.

TCOD    This service is ineligible for reimbursement as a separate procedure under Oxford policy, which is based upon Medicare's
Correct Coding initiative (CCI). According to CCI, this procedure may not be billed with the other procedure(s) performed and
not eligible for separate reimbursement. Participating providers may not balance bill the member for this service.

## For the above claims please visit www.oxhp.com